# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

United States of America,           )
                        Plaintiff,  )
                                    )
vs.                                 ) No. 09-0280-01-CR-W-FJG
Paris L. Williams, Jr.              )
                        Defendant.  )

# ORDER

On October 16, 2009, counsel for defendant filed a motion for determination of competency (Doc. #21).  This motion was granted on October 26, 2009,  by order of United States Magistrate Judge John T. Maughmer (Doc. # 22).  A forensic evaluation was prepared by David E. Morrow, Ph.D. (Doc. #29) and amended to correct defendant's name (Doc. # 34).   It is the opinion of Dr. Morrow that defendant is not currently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or properly assist in his defense.  At the competency hearing before Judge Maughmer on February 16, 2010, counsel stipulated to Dr. Morrow's opinion concerning defendant's competency (Doc.#30).

United States Magistrate Judge John T. Maughmer entered an Amended Report and Recommendation (Doc. #34) on April 1, 2010, which corrected defendant's name as previously listed in his Report and Recommendation (Doc. #28) .  Judge Maughmer's Amended Report and Recommendation (Doc. #34) recommended that the District Court find defendant competent to understand the nature and consequence of the proceedings against him and to properly assist in his own defense.  No objections to Judge Maughmer's Report and Recommendation were filed.  Therefore, with no objections having been filed and after making an independent review of the record, it is

ORDERED that the Amended Report and Recommendation of United States Magistrate Judge John T. Maughmer (Doc. #34) is adopted in its entirety.  This Court

finds that defendant is competent to understand the nature and consequence of the proceedings against him and to properly assist in his own defense.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated:  04/06/10
Kansas City, Missouri